# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:20-CR-37 |
| v. | ) |
| | ) |
| SHAKUEL BYRD | ) |

## ORDER

Before the Court is the United States' Request for Reciprocal Discovery ("United States' Motion"). Having considered the United States' Motion and for good cause therein, the United States' Motion is **GRANTED**.

SO ORDERED, this __29th__ day of July, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE